**Jose M. TOURON, Jr., Petitioner,**

v.

**NATIONAL IMMIGRATION
AND NATURALIZATION
SERVICE, Respondent.**

No. 03–3250.

United States Court of Appeals,
Federal Circuit.

Sept. 5, 2003.

### ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Daniel P. MURPHY, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION
BOARD, Respondent.**

No. 02–3271.

United States Court of Appeals,
Federal Circuit.

Sept. 9, 2003.

Rehearing and Rehearing En Banc
Denied Nov. 20, 2004.

Before MICHEL, RADER and DYK,
Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.

**Thomas J. KUZMA,**

v.

**Anthony J. PRINCIPI, Secretary
of Veterans Affairs.**

No. 03–7032.

United States Court of Appeals,
Federal Circuit.

Sept. 23, 2003.

### ORDER

The mandate having been issued in error, it is

ORDERED that the mandate be, and the same hereby is, RECALLED.